# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**MOTION FOR ADMISSION**<br>*PRO HAC VICE* |

Pursuant to Rule 85.5.3(e) of the Local Rules for the District of Massachusetts, Joseph P. Guglielmo, hereby moves this Court for an Order admitting Michael J. Laird to practice *Pro Hac Vice* to appear as counsel for Plaintiffs in the above-captioned action.  I am in good standing of the bar of the state of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.  I will be the lawyer of record in this proceeding, responsible for the conduct of the applicant, and present at proceedings in this matter unless excused by the court.  I have attached a declaration of Michael J. Laird in support of this motion pursuant to Local Rule 85.5.3(e)(3).

Respectfully submitted,

Dated: November 18, 2022

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #67410)
Carey Alexander
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY  10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

2

## CERTIFICATE OF SERVICE

I, Joseph P. Guglielmo, hereby certify that this document, and all accompanying documents being filed in support hereof, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 18, 2022.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo (BBO #671410)