# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION** *PRO HAC VICE* |

The motion of Joseph P. Guglielmo, for admission of Michael J. Laird to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Minnesota; and that his contact information is as follows:

Applicant's Name: Michael J. Laird

Firm Name: Zimmerman Reed LLP

Address: 1100 IDS Center, 80 South 8th Street

City/State/Zip: Minneapolis, MN 55402

Telephone/Fax: (612) 341-0400 / (612) 341-0844

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Scott Rosenthal, individually and on behalf of all others similarly situated, Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the District of Massachusetts.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2022        _____
                                                                    Honorable Nathaniel M. Gorton
                                                                    United States District Judge