UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALES'S INC.,<br><br>Defendant. | )<br>)  Case No. 1:22-cv-11944-NMG<br>)<br>)<br>)<br>)  **[PROPOSED] ORDER GRANTING**<br>)  **MOTION FOR ADMISSION**<br>)  *PRO HAC VICE*<br>)<br>)<br>)<br>)<br>) |

The motion of Joseph P. Guglielmo, for admission of Rachel K. Tack to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Minnesota; and that his contact information is as follows:

Applicant's Name: Rachel K. Tack

Firm Name: Zimmerman Reed LLP

Address: 1100 IDS Center, 80 South 8th Street

City/State/Zip: Minneapolis, MN 55402

Telephone/Fax: (612) 341-0400 / (612) 341-0844

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Scott Rosenthal, individually and on behalf of all others similarly situated, Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the District of Massachusetts.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____, 2022          _____
                                              Honorable Nathaniel M. Gorton
                                              United States District Judge