| Attorney or Party without Attorney: <br> Joseph P. Guglielmo, Esq., Bar #JG 2447 <br> Scott+Scott, Attorneys at Law, LLP <br> The Helmsley Building <br> 230 Park Avenue, 17th Floor <br> New York, NY  10169 <br> Telephone No: 212-223-6444   FAX No: 212-223-6334 <br><br> Attorney for: Plaintiff(s) | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - District Of Massachusetts | | | | | |
| Plaintiff(s): Scott Rosenthal | | | | | |
| Defendant: Bloomingdale's Inc. | | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV11944NMG | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Case Category Form; Docket Sheet

3. a. Party served:     Bloomingdale's Inc.
   b. Person served:    Kate DiLorenzo, Service of Process Intake Clerk

4. Address where the party was served:   Corporate Creations Network, Inc.
   600 Mamaroneck Ave
   Suite 400
   Harrison, NY  10528

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Nov. 17, 2022 (2) at: 12:29PM

7. Person Who Served Papers:
   a. Stephen R. Mazzei
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of NEW YORK that the foregoing is true and correct.

11/22/22 (Date)    (Signature)

8. STATE OF NEW YORK, COUNTY OF Westchester
Subscribed and sworn to (or affirmed) before me on this 22 day of November 2022 by Stephen R. Mazzei
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Heather Mathe
Notary Public - State of New York
No. 01MA6388964
Qualified in Westchester County
My Commission Expires 3/18/2023

AFFIDAVIT OF SERVICE
Summons and Complaint

(Notary Signature)

josgug.240994