AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Scott Rosenthal, individually and on behalf of all others similarly situated<br>*Plaintiff*<br>v.<br>Bloomingdale's Inc.<br>*Defendant* | ) ) ) ) ) ) | Case No. 1:22-cv-11944-NMG |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Scott Rosenthal.

Date: 12/05/2022

/s/ Carey Alexander
*Attorney's signature*

Carey Alexander (Admittted Pro Hac Vice)
*Printed name and bar number*
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

*Address*

calexander@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 233-6344
*FAX number*

[Print]   [Save As...]   [Reset]