# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BLOOMINGDALE'S, INC.,<br><br>    Defendant. | Case No. 1:22-cv-11944-NMG |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Bloomingdales.com, LLC, incorrectly named as Bloomingdale's, Inc. in the above-captioned matter.

Respectfully submitted,

*/s/ George W. Vien*
George W. Vien (BBO # 547411)
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Tel: (617) 720-2880
Fax: (617) 720-3554
Email: gwv@dcglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered..

*/s/ George W. Vien*
George W. Vien