UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S, INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Bloomingdales.com, LLC, incorrectly named as Bloomingdale's, Inc. in the above-captioned action, certifies that Bloomingdales.com, LLC's sole member is Bloomingdale's, LLC, which has a sole member of Macy's Retail Holdings, LLC, which has a sole member of Macy's, Inc. (NYSE: M). No publicly held corporation owns 10% or more of Bloomingdales.com, LLC's stock. Blackrock, Inc. (NYSE: BLK) owns more than 10% of ultimate parent company Macy's, Inc.'s stock. Bloomingdales.com, LLC is an Ohio limited liability company with its principal place of business in New York.

Dated: December 7, 2022

Respectfully Submitted,

/s/ *George W. Vien*
George W. Vien (BBO #547411)
gwv@dcglaw.com
DONNELLY, CONROY, & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

Emily Johnson Henn (*pro hac vice* forthcoming)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Eric Bosset (*pro hac vice* forthcoming)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

Matthew Q. Verdin (*pro hac vice* forthcoming)
mverdin@cov.com
Kanu Song (*pro hac vice* forthcoming)
ksong@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendant Bloomingdales.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered: None.

                                                    */s/ George W. Vien*
                                                    George W. Vien