**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SCOTT ROSENTHAL, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.

BLOOMINGDALE'S, INC.,

      Defendant.

Case No. 1:22-cv-11944-NMG

**JOINT MOTION TO EXTEND SCHEDULE FOR RESPONDING TO COMPLAINT**
**AND TO MODIFY SCHEDULE FOR BRIEFING ANY MOTION TO DISMISS**

Defendant Bloomingdales.com, LLC, incorrectly named as Bloomingdale's, Inc., and

Plaintiff Scott Rosenthal, pursuant to Federal Rule of Civil Procedure 6(b), jointly move the

Court for the entry of an order (1) extending the deadline for filing Defendant's response to

Plaintiff's Complaint and (2) modifying the schedule for briefing Defendant's anticipated motion

to dismiss.[1]  Plaintiff filed his Complaint on November 15, 2022, and Defendant was served with

the Complaint on November 17, 2022.  Pursuant to Federal Rule of Civil Procedure 12, absent an

extension, Defendant's response to the Complaint would be due on December 8, 2022.

The  parties have conferred and agree to extend the deadline for Defendant to respond to

the Complaint from December 8, 2022, to February 3, 2023.  This request is made in good faith

and not for the purpose of unnecessary delay.  Defendant has recently engaged counsel who

---

[1] In filing this Joint Motion, Defendant reserves and does not waive any right, defense,
affirmative defense, or objection, including a defense based upon lack of personal jurisdiction.

would benefit from additional time to evaluate the claims alleged in the Complaint and to prepare a motion to dismiss or answer to the twenty-five page Complaint.

The parties seek to extend the deadline to February 3, 2023 because of intervening federal holidays, previously scheduled absences of counsel during the month of December, and pre-existing motion deadlines in other matters during January.  This is the first extension that has been requested in this case.  Because no Scheduling Order has been issued, the proposed extension will not affect any other scheduled deadlines.

After meeting and conferring, the parties respectfully request that the Court enter their proposed scheduling order with the following adjusted deadlines:

**February 3, 2023**: Defendant's deadline to move to dismiss (or answer) Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12.

**March 7, 2023**: Plaintiff's deadline to respond to a motion to dismiss and accompanying filings filed by Defendant or, alternatively, to amend the Complaint per Fed. R. Civ. P. 15(a)(1)(B).

**March 28, 2023**: Defendant's deadline to reply in support of a motion to dismiss and any accompanying filings or, if Plaintiff has amended the complaint, to move to dismiss (or answer) such amended complaint.

DATED:  December 7, 2022                      Respectfully submitted,

By: */s/ Joseph P. Guglielmo*                   By: */s/ George W. Vien*

Joseph P. Guglielmo (BBO #671410)        George W. Vien (BBO #547411)
Carey Alexander                                        gwv@dcglaw.com
Ethan S. Binder                                         DONNELLY, CONROY, & GELHAAR, LLP
SCOTT+SCOTT ATTORNEYS AT LAW         260 Franklin Street, Suite 1600
LLP                                                          Boston, MA 02110
The Helmsley Building                              Telephone: (617) 720-2880
230 Park Avenue, 17th Fl.
New York, NY 10169

Tel.: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
ZIMMERMAN REED LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel.: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Attorneys for Plaintiff Scott Rosenthal*

Emily Johnson Henn (*pro hac vice* forthcoming)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Eric Bosset (*pro hac vice* forthcoming)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

Matthew Q. Verdin (*pro hac vice* forthcoming)
mverdin@cov.com
Kanu Song (*pro hac vice* forthcoming)
ksong@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendant*
*Bloomingdales.com, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered: None.

/s/ George W. Vien
George W. Vien