# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to L.R. 83.5.3 of the United States District Court for the District of Massachusetts, I, George W. Vien, hereby move for an order admitting Eric C. Bosset to appear *pro hac vice* as counsel for Defendant Bloomingdales.com, LLC (incorrectly named as Bloomingdale's Inc.) in the above-captioned action. I am a member in good standing of the bar of this court and have filed a notice of appearance in this action. I have verified the bar admission status of the attorney I am sponsoring for admission *pro hac vice* to the court. I have attached to this motion a signed certification pursuant to L.R. 83.5.3. I certify that Plaintiff's counsel has assented to this motion.

Respectfully submitted,

Dated: February 1, 2023

/s/ *George W. Vien*
George W. Vien (BBO # 547411)
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Tel: (617) 720-2880
Fax: (617) 720-3554
Email: gwv@dcglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2023, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered.

/s/ *George W. Vien*
George W. Vien