UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**CERTIFICATION OF ERIC C. BOSSET IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to L.R. 83.5.3(e)(3), I, Eric C. Bosset, certify as follows:

1. I am a partner of the law firm Covington & Burling LLP, counsel for Defendant Bloomingdales.com, LLC (incorrectly named as Bloomingdale's Inc.) in the above-captioned action. I make this certification in support of motion for admission *pro hac vice* filed on my behalf by George W. Vien.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I shall pay the appropriate fee to the clerk in connection with my application for admission under L.R. 83.5.3.

7. My full business address is:

>Covington & Burling LLP
>One City Center
>850 Tenth Street, NW
>Washington DC, 20001-4956
>Telephone: (202) 662-6000
>Facsimile: (202) 778-5606
>Email: ebosset@cov.com

Dated:  February 1, 2023                         /s/ *Eric C. Bosset*
                                                 Eric C. Bosset (DC Bar No. 414283)
                                                 Covington & Burling LLP
                                                 One City Center
                                                 850 Tenth Street, NW
                                                 Washington DC, 20001-4956
                                                 Telephone: (202) 662-6000
                                                 Facsimile: (202) 778-5606
                                                 Email: ebosset@cov.com