# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BLOOMINGDALE'S INC.,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**CERTIFICATION OF EMILY JOHNSON HENN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

　　　　Pursuant to L.R. 83.5.3(e)(3), I, Emily Johnson Henn, certify as follows:

　　　　1.　　I am a partner of the law firm Covington & Burling LLP, counsel for Defendant Bloomingdales.com, LLC (incorrectly named as Bloomingdale's Inc.) in the above-captioned action. I make this certification in support of motion for admission *pro hac vice* filed on my behalf by George W. Vien.

　　　　2.　　I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

　　　　3.　　I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

　　　　4.　　I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

　　　　5.　　I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

　　　　6.　　I shall pay the appropriate fee to the clerk in connection with my application for admission under L.R. 83.5.3.

7. My full business address is:

>Covington & Burling LLP
>3000 El Camino Real
>5 Palo Alto Square, 10th Floor
>Palo Alto, CA 94306-2112
>Telephone: (650) 632-4700
>Facsimile: (650) 632-4815
>Email: ehenn@cov.com

Dated: February 1, 2023 /s/ *Emily Johnson Henn*
Emily Johnson Henn (CA Bar No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4815
Email: ehenn@cov.com