**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>BLOOMINGDALE'S INC.,<br><br>       Defendant. | Case No. 1:22-cv-11944-NMG<br><br><br>**CERTIFICATION OF MATTHEW Q. VERDIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to L.R. 83.5.3(e)(3), I, Matthew Q. Verdin, certify as follows:

1. I am an associate of the law firm Covington & Burling LLP, counsel for Defendant Bloomingdales.com, LLC (incorrectly named as Bloomingdale's Inc.) in the above-captioned action.  I make this certification in support of motion for admission *pro hac vice* filed on my behalf by George W. Vien.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under L.R. 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I shall pay the appropriate fee to the clerk in connection with my application for admission under L.R. 83.5.3.

7.     My full business address is:

> Covington & Burling LLP
> Salesforce Tower
> 450 Mission Street, Suite 5400
> San Francisco, CA 94105-2533
> Telephone: (415) 591-7065
> Facsimile: (415) 955-6565
> Email: mverdin@cov.com

Dated:  February 1, 2023

> /s/ *Matthew Q. Verdin*
> Matthew Q. Verdin (CA Bar No. 306713)
> Covington & Burling LLP
> Salesforce Tower
> 415 Mission Street, Suite 5400
> San Francisco, CA 94105-2533
> Telephone: (415) 591-7065
> Facsimile: (415) 955-6565
> Email: mverdin@cov.com