AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Scott Rosenthal, individually and on behalf of all others similarly situated <br> *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:22-cv-11944-NMG |
| Bloomingdale's Inc. <br> *Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bloomingdales.com, LLC, incorrectly named as Bloomingdale's, Inc. in the above-captioned matter.

Date: 02/02/2023

/s/ Eric C. Bosset
*Attorney's signature*

Eric C. Bosset (Admitted Pro Hac Vice)
*Printed name and bar number*

Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington DC, 20001-4956
*Address*

ebosset@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 778-5606
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered.

                                               s/ Eric. C. Bosset
                                               ERIC. C. BOSSET