# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,

    Plaintiffs,

    v.

BLOOMINGDALE'S INC.,

    Defendants.

Civil Case No. 1:22-CV-11944-NMG

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Bloomingdales.com, LLC ("Bloomingdale's), incorrectly named as Bloomingdale's, Inc., hereby moves for an order dismissing Plaintiff Scott Rosenthal's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) or, alternatively, Rule 12(b)(6).  As set forth in Bloomingdale's accompanying Memorandum in Support of its Motion, there is no personal jurisdiction over Bloomingdale's; alternatively, the Complaint fails to state any claim upon which relief may be granted.

Dated:  February 3, 2023

Respectfully Submitted:

/s/ *Eric Bosset*
Eric Bosset (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

George W. Vien (BBO #547411)
gwv@dcglaw.com
DONNELLY, CONROY, & GELHAAR, LLP

260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Matthew Q. Verdin (*pro hac vice*)
mverdin@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant*
*Bloomingdales.com, LLC*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on February 1, 2023, counsel for Defendant met and conferred with counsel for Plaintiff in a good faith attempt to resolve or narrow the issues presented in this Motion. Counsel for Plaintiffs has indicated that Plaintiffs do not agree to the relief requested herein. Plaintiffs declined to dismiss their claims against Defendant.

/s/ *Matthew Q. Verdin*
Matthew Q. Verdin

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

/s/ *Eric Bosset*
Eric Bosset