# EXHIBIT 2

Case 1:22-cv-01044-NMG Document 33-2 Filed 02/03/23 Page 2 of 22

# Customer Service

| Please type your question here | 🔍 |
|---|---|

Bloomingdale's / Customer Service

## Bloomingdale's and bloomingdales.com Notice of Privacy Practices

### Customer Service

My bWallet

In-Store Pickup

Loyallist Rewards

Orders

Pricing & Promotions

Shipping & Delivery

Returns

Furniture & Mattresses

Wedding Registry & Gifts

Stores

More Options

Contact Us

Wish List

**This Notice of Privacy Practices was updated in June 2021.**
This statement applies to Personal Information collected, processed, or stored by Bloomingdale's, a Macy's Inc. company. Personal information may be shared between or processed for retailing purposes by any Macy's Inc. entity, operating under the brand names Macy's or Bloomingdale's. (hereinafter 'Family of Business). This Notice describes the extent of collection and usage for these Macy's, Inc. 'Family of Business' and services; however, not all entities participate in all uses collection described in this document.

To view your separate Citibank, N.A. Privacy Statement for your Bloomingdale's credit card or to learn more about our credit services, please Click Here.

**This Notice of Privacy Practices explains:**

- Why We Collect & Use Information
- Types of Information We Collect
- How We Collect Information
- How We Share your Information
- Our Use of Information Technologies
- Managing Your Preferences
- Ownership of Customer Data
- Information For California Residents
- Additional Disclosures
- Safeguarding Information
- Bloomingdale's Cookie Statement

Your access to and use of our Services means you agree to the terms in this Notice and our Terms of Use and Referral Policy . We encourage you to refer to this Notice periodically so that you understand our current privacy practices.

Feedback

If you have any questions about this Notice, please contact our Customer Service department:

- Via e-mail at <u>privacy.master@bloomingdales.com</u>
- By phone at <u>1-888-922-7026</u>
- By mail at:
  - Bloomingdale's Credit and Customer Service
    ATTN: Privacy Office
    P.O. Box 8215, Mason, OH 45040

# <u>Why We Collect & Use Information</u>

We at Bloomingdale's understand that you entrust your data to us. We value that trust. Our collection and use of customer data is guided by our corporate principle of Customers First and subject to our Bloomingdale's Responsible Information Management program.

We may use the information we collect for the following primary reasons:

(1) Product & Service Fulfillment (FUL)
(2) Marketing, Promotions & Advertising (ADV)
(3) Internal Operations (OPS)
(4) Fraud Prevention, Security & Compliance (SEC)
(5) Credit Card & Banking (CRD)

We may combine information collected from different sources (see section on <u>How We Share Your Information</u>). Below is a summary of some of the ways we collect and use information:

### Product & Service Fulfillment (FUL)

- To complete, fulfill, manage, and communicate with you about transactions;
- To establish and service your online profile on one of our websites or mobile applications;
- To provide customer service and alert you to product or shipping information;
- To provide personal services such as b-connected (clienteling) or The Registry at Bloomingdale's;
- To administer loyalty programs (e.g., Loyallist);
- To manage subscription services, including order management, billing, and reordering products, and communicating with you about your subscription.

### Marketing, Promotions & Advertising (ADV)

To deliver information about our products, services, and promotions (e.g., personalized offers delivered to your home, email, or mobile devices);

- To provide interactive features on our websites and mobile applications (e.g., product ratings and reviews, real-time offers, and location-based services such as store maps);

- To identify product preferences and shopping preferences (e.g., services and promotions of possible interest);
- To administer contests, sweepstakes, promotions, surveys, and focus groups.

### Internal Operations (OPS)

- To improve the effectiveness of our websites, stores, mobile applications, merchandise assortment, and customer service;
- To conduct research and analytics related to our operations;
- To perform other logistics and operation activities as needed.

### Fraud Prevention, Security and Compliance (SEC)

- To protect our assets and prevent fraudulent transactions;
- To validate credentials and authenticate customers when logging into your online profile, applications, or transacting in-store;
- To protect the security and integrity of our Services and our data;
- To assist law enforcement and respond to legal/regulatory inquiries.

The rest of this Notice refers to the collection and use of the codes above (FUL; ADV; OPS; SEC; CRD). This is so you can better understand why we collect and use different types of information in accordance with our privacy practices and our Responsible Information Management program.

### Credit Card & Banking (CRD)

- To process your payments and address your order inquiries and requests;
- To offer you additional products or services that may be of interest

The rest of this Notice refers to the collection and use codes above (FUL; ADV; OPS; SEC; CRD). This is so you can better understand why we collect and use different types of information in accordance with our privacy practices and our Responsible Information Management program.

Back To Top

# Types of Information We Collect

Bloomingdale's collects certain information from you and about you. This may include:

- **Identifying Information** (FUL, ADV, OPS, SEC): We collect this information when you create a profile, place an order, create a registry or take advantage of other programs online or in-store collect or contact us through the "Live Chat" feature on our site. For example, Name, Address (billing and shipping), Zip code, email address, Telephone number(s), Cellular phone number(s), Credit card number(s), Birthdate, and Security question answers.

- **Payment Information** (FUL, ADV, OPS, SEC, CRD): We collect this information when you make in-store or online purchases. For example, your credit card number and billing address.
- **Information You Post** (ADV, OPS): We collect this information when you post in a public space on our site. For example, our Ratings & Reviews feature.
- **Event Information** (ADV, OPS): We collect this information when you sign-up for our events. For example, contact information and mailing address.
- **Demographic Information** (ADV, OPS): We collect this information when you participate in a contest, sweepstakes, promotion, or survey. For example, your age, gender, and zip code.
- **Driver's License Information** (FUL, OPS, SEC): We collect your driver's license information to the extent permitted by applicable law. For example, we may collect driver's licenses through our Buy Online Pickup In-Store (BOPS) program.
- **Device Information** (FUL, ADV, OPS, SEC): We collect this information when you visit our website or apps. For example, the type of device you use to access our platforms, your device identification number, IP address or mobile operating system.
- **Location Information** (FUL, ADV, OPS, SEC): We collect this information about your location when your device is set to provide location information. This may include your in-store location. For more information, see <u>Our Use Of Information Technologies</u> section below.
- **Commercial Information** (FUL, ADV, OPS, SEC): We collect this information when you make a purchase or create a gift registry. For example, details about the products or services purchased, obtained or considered, as well as other purchasing or consuming histories or tendencies.
- **Internet or other Network Activity Information** (FUL, ADV, OPS, SEC): We collect this information when you visit our websites, use our mobile applications, shop in our stores, or interact with our wireless services and other technologies. This information is either automatically collected or is customer-initiated. For example, your browsing history, search history, and other information regarding your interactions with our Platforms or advertisements. For more information, see <u>Our Use Of Information Technologies</u> section below.
- **Other Information** (FUL, ADV, OPS, SEC): If you use our website, we may collect information about the browser you are using. We may look at what site you came from, or what site you visit when you leave us. If you use our app, we may look at how often you use the app and where you downloaded it. If you visit our stores, we may capture pictures, video footage, or use facial recognition software for security and fraud detection purposes. When you call our customer service team, we record calls for quality assurance and operational optimization purposes.

Feedback

Back To Top

# How We Collect Information

**Information You Provide to Us:** (FUL, ADV, OPS, SEC, CRD)

- We collect a variety of information when you create a profile, place an order, create a registry, or take advantage of other programs online or in-store. Information we may collect includes your name, address (billing and shipping), zip code, email addresses, telephone number(s), credit card number(s), and date of birth. To manage your preferences regarding the information you provide, go to the Manage Your Preferences section below).

**Information We Collect Through Data Collection Technologies:** (FUL, ADV, OPS, SEC, CRD)

- We collect information through several channels. For example, we may collect your Personal Information when you visit our websites, use our mobile applications, shop in our stores, or interact with our wireless services or other technologies. This information is either automatically collected or is customer-initiated. For more details, see Our Use Of Information Technologies section below.

**Information from Other Sources:** (FUL, ADV, OPS, SEC, CRD)

- We may receive your updated shipping information from a third-party provider.
- We may collect or use information made available to us through third-party platforms, online databases and directories, or other means. We specify that data sourced from these third parties must be legitimately obtained. Note that this information may governed by the privacy statements of the third party.
- We participate in consortiums to share information or match customer data. When shared, this information is de-identified or anonymized.
- We may receive various types of information, including identification information, contact information, and transactional information from our service providers, vendors, and Family of Business entities.

**MyClient (Clienteling/Client Book)** (FUL, ADV, OPS, SEC, CRD)

- While in our stores, a Bloomingdale's sales associate(s) may ask your permission to enter your information into their client book. This is so that the associate can communicate with you on a one-to-one basis about Bloomingdale's products, services, and promotions that may be of interest to you or fulfill orders at your request. Information sales associates collect may include name, telephone number(s), email, your photograph, credit card number (so transactions may be made on the client's behalf and at your request), and Address (billing and shipping). Information stored in our client book may be accessed and used by other

Feedback

Bloomingdale's personnel. (To express your preferences related to MyClient, go to the <u>Manage Your Preferences</u> section below.)

<u>Back To Top</u>

# How We Share Your Information

We may share your information in the following ways:

- **Internally**. We may share your information within the Family of Businesses.
- **On our Platforms**. For example, we may display information you post on our Reviews feature. We may also display information you choose to share on your gift registry.
- **With Our Service Providers**. We may share your information with third parties who facilitate our operations and perform services on our behalf. For example, this may include advertising and marketing vendors, shipping and fulfillment service providers among others.
- **With Our Business Partners**. For example, this may include third parties that provide products and services related to our business that enhance our offering portfolio to help us serve you better. These may include manufacturers and retailers of Bloomingdale's merchandise and product lines.
- **With Third Parties for Marketing Purposes**. This may include third parties whose products or services we believe you may be interested in. These third parties may also share your information with others. These third parties may use your information for their own marketing purposes or the marketing purposes of others. This may include the delivery of interest-based advertising.
- **With Any Successors to All or Part of Our Business**. For example, if Bloomingdale's merges with, acquires, or is acquired by another business entity. This may include an asset sale, corporate reorganization or other change of control. Note that if Bloomingdale's or any of its subsidiaries is sold to or otherwise acquired by a third party, all Bloomingdale's data assets will become the property of the acquiring party. Such a party will be subject to any consent(s), opt-outs, or other customer conditions on data. A change in data ownership may or may not include a notice on the primary online sites of Bloomingdale's, Inc. or the affected subsidiary sites.
- **To Comply with the Law or To Protect Ourselves**. For example, this could include responding to a court order or subpoena. It could also include sharing information if a government agency or investigatory body requests. We may share information when we are investigating potential fraud. This could include fraud we think has occurred during sweepstakes or promotions. We may also share information if you are the winner of sweepstakes or other contests with anyone who requests a winner's list.

# Back To Top
# Our Use of Information Technologies

12/30/22, 5:13 PM
Case 1:22-cv-1044 NMG Document 33-2 Filed 02/03/23 Page 8 of 32
Bloomingdale's and Bloomingdales.com Notice of Privacy Practices | Bloomingdale's Customer Service

The following section describes various types of technologies we use when you interact with us online, through our mobile applications, shop in our stores, or use our wireless services, and your choices regarding those technologies:

**Cookies, Pixel Tags, and Flash Cookies** (FUL, ADV, OPS, SEC)

- To learn more about the types of cookies we use and to manage your cookie preferences please refer to our <u>Cookie Statement</u>.

**Website Optimization Services** (ADV, OPS)

- Bloomingdale's shares data with Adobe Analytics and Google Analytics tools to understand and optimize website performance and enhance site usability for our customers. These tools run in the background of our sites analyzing site usage information and then returning reports to us through an encrypted connection. Adobe Analytics and Google Analytics are required to maintain data securely and confidentially and are not permitted to share data collected with parties other than Bloomingdale's. Credit card or password data is not collected through Adobe Analytics and Google Analytics. In addition, Google Analytics may associate and group session visits to our website from various browsers and devices.
- To manage your Website Optimization Service Preferences including anonymous browsing and opt-out options, <u>Click Here</u>.

**<u>Interest-Based or Online Behavioral Advertising</u>** (OBA) (ADV, OPS)

- Bloomingdale's uses third-party advertising companies to serve interest-based advertisements. These companies compile information from various online sources (including mobile-enabled browsers and applications) to match user profiles with ads we believe will be most relevant, interesting, and timely based on that user profile.
- For additional information on interest-based advertising and options for managing preferences, including opt-outs, <u>Click Here</u>.

**Social Network & New Tech Advertising Programs** (ADV)

- Bloomingdale's has relationships with several social networks and new tech companies. These companies have specific Interest-Based Ads programs that match people that have shown interest in Bloomingdale's through our website or other services with their profiles (such as on Facebook) and platforms (such as Facebook and Google properties). This matching allows us to deliver relevant, interest-based ads on those companies' networks.
- To get information about Managing Your Preferences for these programs, <u>Click Here</u>.

**Do Not Track** (DNT) (ADV, OPS)

- Bloomingdale's does not currently recognize and process Do Not Track signals from different web browsers. Customers may

Feedback

manage their preferences for tracking across sites in the Interest-Based Advertising section above. For more information on Do Not Track please visit http://allaboutdnt.org/.

**Bloomingdale's Mobile Applications** (FUL, ADV, OPS, SEC)

- Bloomingdale's offers mobile applications that you may download from your phone or smart device's "app store" as well as apps that you can download from your Internet-connected devices (e.g., smart television).
- Bloomingdale's mobile applications, with your permission, may use your device's camera, microphone, or location information to enable features or services. For example, geolocation (e.g., GPS) can help you find a nearby store or learn about upcoming nearby store events. Another example is in-store location using Bluetooth signals to connect to our beacons or our in-store Wi-Fi services, which can help you while inside our store to find nearby products or receive real-time offers.
- Bloomingdale's mobile application preferences are managed in the Bloomingdale's application and through your device's settings.

**Beacons** (FUL, ADV, OPS, SEC)

- Beacons are small appliances that we use to enhance and make Bloomingdale's in-store experience more interactive. Beacons broadcast a Bluetooth signal that can be received by Bluetooth-enabled devices, such as a mobile phone, when those devices are within proximity of a beacon. Beacons do not collect or pull in personal data; they only push out radio signal pulses to map nearby Bluetooth-enabled devices, much in the same way radar works. In-app permissions, such as permission to access location and accept push notifications (sometimes shown as 'PNS' on your devices), must be enabled for a beacon to interact with your specific Bluetooth-enabled device. Interactions with and notifications delivered to your device may include customer service information, in-store directions, offers and advertisements from Bloomingdale's as well as other non-Bloomingdale's applications and advertisers.
- Beacon Preferences are managed through your device (Bluetooth, Location, and PNS settings).

**In-Store Wi-Fi Services** (FUL, ADV, OPS, SEC)

- Many Bloomingdale's locations offer free Wi-Fi services to visitors. Wi-Fi routers capture certain data from devices that interact with the router. Some examples of data automatically collected through our Wi-Fi service include:
- Information about your device, including a MAC address, and telemetry data (such as signal strength and quality) related to your use of our Wi-Fi service.
- Vendors that analyze Wi-Fi data automatically collected to provide operational insights such as foot traffic volumes, dwell

times, and how customers move through our stores.

- Unless we receive consent to use Wi-Fi data in a manner that identifies you or your device(s), Wi-Fi data is anonymously collected or de-identified.

**RFID** (FUL, OPS, SEC)

- Radio Frequency Identification (RFID) tags consist of a small chip and antenna that provide a unique identifier for objects. RFID serves the same purpose as a bar code and must be scanned by a specific type of reader in close proximity to the tag to retrieve tag data. Bloomingdale's uses RFID for inventory management (such as locating shoes in the stock room) and logistics support. RFID is not used to track or monitor any items once you leave our stores.

**Video Cameras** (FUL, OPS, SEC)

- We use cameras in our stores for security purposes, loss prevention, and asset protection. We also use cameras in our stores for operational purposes, such as traffic pattern analysis. Cameras may include technology to capture demographic information, such as age, gender and dwell time.
- We will not use cameras to personally identify you, without your consent, except when the identification is for security, anti-theft, or law enforcement purposes.

**Voice-Enabled Services** (FUL, OPS)

- We may use voice-enabled services (VES) to provide you greater functionality and easier shopping experiences with services such as voice search for products (for e.g., "Show me Style & Company Handbags"). VES will only be used to facilitate specific requests. Voice files are not used to personally identify an individual and will not be associated within any individual Bloomingdale's account. Voice files will be retained by Bloomingdale's and any third-party voice-enabled service providers.
- Voice-enabled services are opt-in by use. If you do not wish to opt-in to VES, do not use those features. VES do not include phone answering machine messages.

Back To Top

# Managing Your Preferences

This section details, in one place, how you may express preferences including electing to opt-out of some data collections or uses.

### Access to Accounts, Online Profiles, and Orders

- If you are a registered user of bloomingdales.com, you can update your information in My Account.
- If you have questions about your order, you may check your order status online in My Order.
- To learn more about your options for Managing your preferences with respect to your Bloomingdale's credit card account, please

Case 1:22-cv-11944-NMG Document 38-2 Filed 02/03/23 Page 1 of 22

click here.

- If you have any additional questions, please call our Customer Service department at 1.888.922.7026.
- If you are an international customer and want to access your information, please click here to send an email to our international customer services teams who will be happy to assist you.

### Data Sharing Preferences

If you prefer that we not share your information with third parties for marketing purposes, you can contact us:

- By phone at 1.888.922.7026
- By mail at:
  - Bloomingdale's Credit and Customer Service
    ATTN: Privacy Office
    P.O. Box 8215, Mason, OH 45040

Note: If you choose to contact us by mail, please indicate your name, address, and phone number and state "NO THIRD PARTY SHARING" in your request.

### b-connected (Clienteling/Client Book)

Customers who would like to end their one-to-one relationship with a Bloomingdale's sales associate can do so through the following methods:

- Emailing the associate directly and ask to end the one-to-one relationship;
- Texting the associate directly asking to end the client relationship and stop communication with that associate;
- Calling the associate directly and asking to end the one-to-one relationship;
- Visiting the associate in the Bloomingdale's store and asking to end the one-to-one relationship; or
- Calling our Customer Service department at 1.888.922.7026.

Note: Ending the one-to-one relationship with the sales associate will remove your information from that associate's client book. Your information will still be retained by Bloomingdale's and may be used by other sales associates if you begin a new one-to-one relationship.

### MyList at Bloomingdale's

Customers who would like to manage their preferences regarding the MyList program can do so through the following methods:

- By email at support@mylistatbloomingdales.com
- By phone at 1.833.229.4544

### Email Communications

**Promotional or Marketing Emails**: To opt-out of receiving promotional or marketing e-mails from Bloomingdale's at a specific email address, you may:

Case 1:22-cv-11944-NMG Document 33-2 Filed 02/03/23 Page 12 of 22

- Use the unsubscribe link in the footer of any e-mail sent by bloomingdales.com;
- Unsubscribe by signing into your account on bloomingdales.com, clicking on my profile and indicating your opt-out preference; or
- Contact us by mail at Bloomingdale's Credit and Customer Service
  ATTN: Privacy Office
  P.O. Box 8215, Mason, OH 45040

Note: It may take up to 10 business days to process your request.

**Customer Survey Emails**: We may separately send surveys, via e-mail, to our customers in order to collect opinions and feedback about their shopping experiences. To opt out of receiving survey emails from Bloomingdale's, you may use the unsubscribe link at the bottom of any survey email.

**Specialized Email Programs**: You may have signed up for one of our specialized email programs (e.g. Registry Star Rewards). To opt out of receiving emails from one of those specialized programs, you may use the unsubscribe link at the bottom of any of these emails.

**b-connected**: Customers who have a one-to-one relationship with a Bloomingdale's sales associate and no longer wish to receive e-mails from that associate may contact the associate directly and opt-out of receiving those e-mails.

Note: Operational emails (e.g. shipping confirmation or product recall information) do not provide an opt-out option.

**Direct Mail or Telemarketing**

To opt-out of receiving direct mail or telemarketing calls, you may contact us:

- By phone at <u>1.888.922.7026</u>
- By mail at:
  - Bloomingdale's Credit and Customer Service
    ATTN: Privacy Office
    P.O. Box 8215, Mason, OH 45040

If you choose to write us, please include your name, address, and phone number and state one of the following:

- "NO MAIL OFFERS" (if you don't want to receive offers by mail);
- "NO PHONE OFFERS" (if you don't want to receive offers by phone); or
- "NO MAIL OR PHONE OFFERS" (if you don't want to receive either)

Note on Opting-Out of Direct Mail: Because direct mailings are often prepared well in advance (12-16 weeks, in some cases) you may, for a

Feedback

period of time, continue to receive some physical mail after you send us your request.

**Technology-Enabled Collection & Use Preferences**

### Mobile Marketing:

To opt out of mobile marketing for a specific mobile number, you may reply "STOP" to 25666 on your mobile phone/wireless device. You will receive a confirmation text that you have been opted out.

- For customers with a Bloomingdale's online account, you may also opt out via your profile.

Note on Opting-Out of Mobile Marketing: If you opt-out of mobile marketing using any means other than replying "STOP" to 25666, please allow 3-5 business days after contacting us to process your request. We do not share your mobile number with any third parties for marketing purposes.

### b-connected:

Customers who have a one-to-one relationship with a Bloomingdale's sales associate and no longer wish to receive SMS messages from that associate may contact the associate directly to opt-out of receiving those communications.

### Bloomingdale's Mobile Applications:

You can opt-out from allowing Bloomingdale's mobile applications to access your device's camera, microphone, or location information by adjusting the permissions in your mobile device.

Note: To opt out of interest-based advertising in mobile applications, you can turn off mobile device ad tracking or reset the advertising identifier in your device settings.

### In-Store Wi-Fi Services:

If you do not wish for us to use your Wi-Fi analytic data in a de-identified manner, please turn off your phone or refrain from using our Wi-Fi Services. For more information, visit: https://smart-places.org.

Back to top

# Ownership of Customer Data

If Bloomingdale's, its parent company or any of its subsidiaries is sold to or otherwise acquired by a third party, all Bloomingdale's data assets will become the property of the acquiring party. Such a party will be subject to any consent(s), opt-outs or other customer conditions on data. A

Feedback

change in data ownership may or may not include a notice on the primary online sites of Bloomingdale's or affected subsidiary sites.

Back To Top

# California Residents

**California Shine the Light Law**: If you reside in California, you have the right to ask us one time each year if we have shared personal information with third parties for their direct marketing purposes. To make a request please submit an inquiry to the following address: Bloomingdale's Customer Service, P.O. Box 8067, Mason, OH 45040. In your request, please specify that you want a "Your Bloomingdale's California Shine the Light Notice". Please allow 30 days for a response.

If you are a minor under 18 and have a profile on bloomingdales.com, you may ask us to remove reviews or other content that you posted on the site by emailing us at privacy.master@bloomingdales.com. We will begin to process your request within 30 days. Processing your request does not ensure complete or comprehensive removal of the content that you posted.

**California Consumer Privacy Act (CCPA) of 2018**.

Effective January 1, 2020, if you reside in California then you have the following rights:

1. You have the right to opt-out of Bloomingdale's sale of your Personal Information.
2. You have the right to request the deletion of your Personal Information.
3. You have the right to request us to disclose to you the following, no more than twice in a 12-month period:
- Categories of Personal Information we collected about you during the preceding 12 months.
- Categories of sources from which we collected the Personal Information during the preceding 12 months.
- Business or commercial purpose(s) for collecting or selling your Personal Information during the preceding 12 months.
- Categories of third parties with whom we share the Personal Information during the preceding 12 months.
- Specific pieces of Personal Information we collected about you during the preceding 12 months.
- Categories of Personal Information we have sold and categories of third parties to whom the information was sold to during the preceding 12 months.
- Categories of Personal Information we disclosed about you for a business purpose during the preceding 12 months.

We will not discriminate against you because you exercised your rights under this section of our Notice.

Feedback

For purposes of exercising your rights above, please note the following regarding how we collect and use your Personal Information as described in this Notice:

- **We collect the following categories of personal information**: Identifiers; payment information; commercial information; Internet of other electronic network activity information; geolocation data; audio, electronic or visual information.
- **We disclose the following categories of personal information for a business purpose**: Identifiers; payment information; commercial information; device information; demographic information and driver's license number.
- **We sell the following categories of personal information**: Identifiers; payment information; event information; demographic information; device information; location information; commercial information; Internet or other network activity information.

### Households:

Bloomingdale's does not hold personal information at the household level as defined by the CCPA. If you would like to submit a request for multiple people in the same household, please submit an individual request for each person.

### Authorized Agents.

If you are registered as an Authorized Agent by the California Secretar of State and would like to enter a request on behalf of a California resident, please submit the request via Bloomingdale's Privacy Portal. Upon submission, you will be required to upload documentation showing proof of written permission from the consumer authorizing you to submit a request on their behalf. You will also be required to upload proof that you are an Authorized Agent registered with the California Secretary of State. We reserve the right to require consumers to confirm their request and/or identity.

### Loyalty/Financial Incentives

Bloomingdale's automatically provides Loyallist loyalty benefits to Bloomingdale's credit cardholders. Customers may sign-up for Bloomingdale's Loyallist program if they don't have a Bloomingdale's credit card. To participate as a non-cardholder, you must provide an email (so we can send reward and program-related information), phone number (as the identifier used to track purchases that go toward reward points and to redeem rewards), address, and birth month and day. The purpose of the Loyallist loyalty program is to encourage repeat business with Bloomingdale's and enhance your shopping experience. Repeat customers generally spend more than customers who only shop once or twice a year.

The benefits provided to customers (or realized by Bloomingdale's) vary

Case 1:22-cv-11944-NMG Document 33-2 Filed 02/03/23 Page 16 of 22

by customer depending upon the purchases made, whether items are bought in-store or online, which offers a customer uses, and many other factors. Bloomingdale's also incurs a variety of expenses, costs associated with discounts on purchases and shipping. The benefits are reasonably related to the value of the data you provide.

The benefits of the Loyallist program, and terms and conditions, are described here.

We will not discriminate against you for exercising your rights under CCPA. Loyallist members also remain free to opt-out of email, phone, and text marketing at any time.

We also offer customers a discount promotion code for signing up for marketing emails. The promotion code is provided in a confirmation email. However, customers may opt out at any time thereafter and still retain the ability to use the promotion code. We provide this incentive because we want to be able to send offers by email. The cost of sending an email is nominal.

2021 Metrics

| Request Type | Received | Rejected | Completed | Avg # Days to Respond |
|---|---|---|---|---|
| Opt Out | 430 | 47 | 383 | 1.3 |
| Delete | 48 | 2 | 46 | 44.7 |
| Disclose | 5 | 0 | 5 | 28 |

# Do Not Sell My Personal Information Requests

You may submit your request through the following methods:

- Use the link to submit access and deletion request your request via our portal: https://www.bloomingdalesprivacyportal.com
- Use the link to opt-out of the sale of Personal Information: https://www.bloomingdalesprivacyportal.com/consumer/donotsell
- By phone at 1.800.930.8384

Upon submission of the request, you will be asked to provide your first name, last name, and email address. You will receive a verification email that will ask you to provide some additional information, such as an address, state, zip code, phone number, and possibly information about your shopping history with us. We will use the information provided to match the identifying information we have to verify your identity before processing the request.

Back To Top

Bloomingdale's and bloomingdales.com Notice of Privacy Practices | Bloomingdale's Customer Service

# Additional Disclosures

### Information About Children Under 13

The Children's Online Privacy Protection Act imposes requirements on Web sites that collect personal information about children under 13 years old (for example - name, address, email address, social security number, etc.). Our current policy is not to collect any personal information on any person under 13 years old online. For this reason, our sweepstakes and other promotions conducted online are restricted to entrants who are at least 13 years old.

If this policy changes, we will revise this portion of our Notice of Privacy Practices and will comply with the requirements of the Children's Online Privacy Protection Act, which includes providing notice and choice to each child's parent or guardian before collecting any personal information.

### Opt-In Consent for Minors

Bloomingdale's services are offered to customers who are of the age of 16 years and above. No programs, services, or offerings are intended for children under the age of 16. Also, credit products are not available for the customer below the age of 18 years.

### International Customer Privacy

To fill international orders, bloomingdales.com partners with Borderfree, Inc. (formerly FiftyOne). Borderfree will carefully process your personal information with at least the same level of privacy protection consistent with the former U.S.-EU Safe Harbor Privacy Principles and the U.S.-Swiss Safe Harbor Privacy Principles established by the U.S. Department of Commerce. Borderfree also agrees not to sell, transfer, or otherwise use your information other than for processing international shipments.

When you indicate you are shipping internationally, you will be redirected to a checkout page hosted by Borderfree. On the checkout page, you will be required to submit personal information to Borderfree to complete your order. Once you place your order, you will be prompted to confirm whether you would like to receive future marketing communication from bloomingdales.com.

Borderfree will notify bloomingdales.com of the approval of your order, and bloomingdales.com will then ship approved orders to Borderfree. Simultaneously, Borderfree will purchase the product from us, which allows them to take title to the product(s), bill your credit card, collect and remit any duties and taxes to the appropriate taxing authority, and arrange for the product to be delivered to you. In this process, Borderfree makes the sale to you as the merchant of record. When ordering a product, you will be presented with Borderfree's terms and

Case 1:22-cv-11944-NMG  Document 32-2  Filed 02/03/23  Page 18 of 22

conditions. You must agree to them to receive the product(s) you ordered.

Once you agree that Borderfree may share your personal information with bloomingdales.com, that data is protected by this Notice of Privacy Practices, and you consent to the transfer and storage of that information on our servers located in the United States.

Our practices are consistent with both the EU and Swiss Safe Harbor Privacy Principles.

Bloomingdale's is committed to resolving any customer concerns regarding their privacy. If a customer feels that their privacy may have been violated, based on the Safe Harbor Principles, bloomingdales.com will attempt to directly resolve the complaint. Any complaints that are still unresolved after these direct efforts will be settled by arbitration administered by JAMS in accordance with its applicable commercial rules.

JAMS
1920 Main Street
Suite 300
Irvine, CA 92614
Phone: 949-224-1810
Email box: tlunceford@jamsadr.com
Customers shipping internationally who wish to contact bloomingdales.com to:

- Inquire about or update their personal information;
- Make a complaint about the collection or use of their personal information;
- To comment on or ask questions regarding this Notice

Please e-mail us at internationalprivacy@bloomingdales.com

Back To Top

# Safeguarding Information

Bloomingdale's has put various procedural, technical, and administrative measures in place to safeguard the information we collect and use. We designed our technology-enabled services to accept orders only from Web and mobile browsers that permit communication through a Secure Socket Layer (SSL). SSL is an encryption standard that provides a layer of security while information is being transmitted over the Internet.

As a matter of policy, we do not disclose details regarding our security measures as this could be beneficial information to criminals and other bad actors.
Be advised, no security safeguards or standards are guaranteed to

Bloomingdale's and Bloomingdales.com Notice of Privacy Practices | Bloomingdale's Customer Service

provide 100% security. You should always use appropriate self-protection measures and practice safe browsing on all websites. For more information on how you can securely shop with us, please review our Security Tips by clicking here. The National Cybersecurity Alliance also provides comprehensive information to stay safe online.

Additionally, sometimes bad actors attempt to use our brand to create fake web pages, send fake texts or emails, and conduct other illegal activities to commit fraud or attempt to breach consumers' security. We actively monitor for these illegal scams and shams. We provide FAQs and Consumer Protection Alerts in our Customer Protection Center (CPC) as we learn of these activities. If you receive anything with the Bloomingdale's brand that seems suspicious, you can check to see if there is an alert on the CPC or call our customer service department.

Back To Top

# Bloomingdale's Cookie Statement

**This Cookie Statement is effective as of December 2019.**
This Statement applies to websites and mobile-enabled web (collectively "online services") owned and operated by Bloomingdale's, a Macy's Inc. company. By continuing to use our online services you agree to the use of our cookies.

We use cookies, web beacons, pixels, and other tracking technologies to deliver, monitor, and improve our websites, mobile-enabled web, and to display content. This Statement describes the information we collect through cookies and other tracking technologies. Approved third parties may also place cookies on your web or mobile browser when you use our online services. You may find additional information regarding our use of your Personal Information in our Notice of Privacy Practice.

**What Are Cookies?**
A Cookie is a small piece of computer code sent by a website and stored on the hard disk of your computer. A pixel tag (also known as a tracking pixel, web beacon, or clear GIF) is an embedded image on a website that may register a user's website activity. A Flash Cookie (also known as a Local Shared Object) is a data file stored on your computer by the websites that you visit (Click Here for more details). Flash Cookies provide similar functionality as Cookies, but are based on different technology, provide richer data collections, and are persistent; they do not go away when you exit your browser and generally cannot be deleted through your browser option tools.

Our online services use two types of cookies: session cookies and persistent cookies. Session cookies only exist while your browser is open. We use session cookies for website functionality, such as

Case 1:22-cv-11944-NMG Document 32-2 Filed 02/03/23 Page 20 of 22

managing items added to your shopping cart. Persistent cookies are not removed when you exit your web browser. We use persistent cookies to enable an easier log-in process, provide you with a more personalized shopping experience, and help you navigate our website more efficiently. We also use persistent cookies to show you the items you have previously browsed. We may use a flash cookie on our online services to enable or control flash-based content.

### How & Why We Use Cookies

We use cookies to improve our services and provide you with the best possible experience. We may use cookies in order to identify you; provide relevant, interest-based advertising; remember your preferences; secure your access; know when content has been shown to you; provide aggregated auditing, research, and reporting for advertisers; understand and improve our online services; and detect and defend against fraud and other risks. When we send you an email, we may use cookies to understand if you have accessed the information provided in the email. We may combine information collected through the cookies with your Personal Information in order to provide you a personalized experience including advertising about products and services you may find of interest.

The information we collect from cookies also may allow us to identify you across devices, such as smartphones, tablets, computers, or related browsers.

We may allow certain approved third parties to place their cookies on our websites or within our advertisements. Your web browser may request advertisements directly from third-party advertising network servers which do not have a business relationship with us. These advertisements may place cookies that can view, edit, or set third-party cookies, just as if you had requested a web page from the third-party site. We are not responsible for the practices, including the use of cookies, employed by third party websites, mobile-enabled web or online services linked to or from Bloomingdale's, or for the content contained therein.

Third-party websites, mobile-enabled web, and online services accessible on the Internet are outside the control or limits of this Cookie Policy.

### How To Manage Your Cookie Preferences

To optimize your online experience, we use different types of cookies. We categorize these cookies into the following types:

- Marketing cookies
- Operational cookies
- Essential cookies
- Third party cookies

Managing cookie preferences differs from browser to browser so please refer to your browser for further information. If you would like to disable cookies and web beacons, please use the help function in your web browser to restrict cookies from our website(s).

To manage the Flash Cookie settings and preferences for your computer, mobile phone, or wireless device, please Click Here and you will be directed to the Settings Manager on Adobe's website. You may also be able to manage Flash cookies from your browser, depending on the version of your browser.

*Note: If you block cookies from bloomingdales.com, mylistatbloomingdales.com, locations.bloomingdales.com, you **will not** be able to make purchases on our website.*

**Website Optimization Services**
If you would like to opt out of Google Analytics on a per browser basis, please Click Here to download the Google Analytics opt-out browser add-on. For more information on Google Analytics, Click Here.

If you would like to opt out of Adobe Analytics on a per browser basis, please Click Here. For more information on Adobe Analytics, Click Here.

**Interest-Based Adverting**
If you would like to opt out of interest-based advertising, please click here. Please note that you will be opted out of all interest-based advertising from all business members of the Network Advertising Initiative for that specific browser on that specific device. If you opt-o you may continue to see or receive online advertising from Bloomingdale's; however, these ads may not be as relevant to you.

Note: To opt out of interest-based advertising in mobile applications, you can turn off mobile device ad tracking or reset the advertising identifier in your device settings.

**Social Network & New Tech Advertising**
You can manage your preferences for many of these advertising programs through the links provided below:

- Facebook
- Google
- Twitter
- Yahoo!
- Pinterest

We will store your cookie preferences until you clear your browsing cache. You can change your preferences at any time. Remember that disabling some types of cookies may impact your experience on our website and other online services that we offer.

[Back To Top](#)