# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br> v.<br><br>BLOOMINGDALE'S INC.,<br><br>  Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Scott Rosenthal respectfully submits this Notice of Supplemental Authority with respect to Defendant's pending Motion to Dismiss ("Motion"), ECF No. 32, to bring to this Court's attention the Order Denying Defendant's Motion to Dismiss in *Alves v. BJ's Wholesale Club, Inc.*, Case No. 22-2509-BLS1 (Mass. Sup. Ct. June 21, 2023) ("*BJ's*"). A true and accurate copy of the Order is attached hereto as **Exhibit A**.

The *BJ's* decision is relevant to several arguments raised in Defendant's Motion, including: (1) whether the challenged conduct constitutes an interception of "communications" (Defendant's Memorandum in Support of Motion to Dismiss, ECF No. 33 at 12); (2) whether the "contents" of communications were intercepted (*id.* at 13); (3) whether session replay code constitutes an "intercepting device" (*id*. at 14-15); and (4) whether Bloomingdale's conduct constitutes an intrusion upon seclusion (*id.* at 17-18). Addressing each of these arguments, the court in *BJ's* denied the defendant's motion to dismiss on nearly indistinguishable facts.

Plaintiff respectfully requests that this Court take notice of this supplemental authority.

Respectfully submitted,

Dated: June 27, 2023

*/s/ Joseph P. Guglielmo*

        Joseph P. Guglielmo (BBO #671410)
        Carey Alexander (admitted *pro hac vice*)
        Ethan S. Binder (admitted *pro hac vice*)
        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
        The Helmsley Building
        230 Park Avenue, 17th Fl.
        New York, NY 10169
        Telephone: (212) 223-6444
        Facsimile:  (212) 223-6334
        jguglielmo@scott-scott.com
        calexander@scott-scott.com
        ebinder@scott-scott.com

        Brian C. Gudmundson (admitted *pro hac vice*)
        Michael J. Laird (admitted *pro hac vice*)
        Rachel K. Tack (admitted *pro hac vice*)
        **ZIMMERMAN REED LLP**
        1100 UDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Telephone: (612) 341-0400
        Facsimile: (612) 341-0844
        brian.gudmundson@zimmreed.com
        michael.laird@zimmreed.com
        rachel.tack@zimmreed.com

**CERTIFICATE OF SERVICE**

      I, Joseph P. Guglielmo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                              */s/ Joseph P. Guglielmo*
                              Joseph P. Guglielmo