## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>BLOOMINGDALE'S, INC.,<br><br>                Defendant. | Case No. 1:22-cv-11944-NMG |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Bloomingdales.com, LLC, incorrectly named as Bloomingdale's, Inc. in the above-captioned matter.

Dated: June 28, 2023

Respectfully submitted,

*/s/ Jeffrey Huberman*
Jeffrey Huberman (BBO #696437)
Covington & Burling LLP
One CityCenter
850 10th Street, N.W.
Washington, DC 20003
(202) 662-5166
jhuberman@cov.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent via first class mail to those not registered.

*/s/ Jeffrey Huberman*
Jeffrey Huberman

*Attorney for Defendant Bloomingdales.com, LLC*