UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>vs.<br><br>BLOOMINGDALE'S, INC.,<br><br>                    Defendant. | Case No. 1:22-cv-11944-NMG |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Bloomingdales.com, LLC ("Bloomingdale's") respectfully submits this Notice in support of its pending Motion to Dismiss, *see* ECF Nos. 32, 33 & 35, to bring to this Court's attention an order issued on July 17, 2023 in *Mikulsky v. Noom, Inc.*, No. 3:23-cv-00285-H-MSB, 2023 WL 4567096 (S.D. Cal. July 17, 2023). The order granted a defendant's motion to dismiss similar claims relating to the alleged use of FullStory, Inc.'s session replay technology on defendant's website, including for lack of personal jurisdiction, and is attached as Exhibit A.

Bloomingdale's Motion to Dismiss argues that this Court lacks personal jurisdiction over Bloomingdale's because Plaintiff's claims do not arise out of or relate to any of Bloomingdale's contacts in Massachusetts, and because its nationally accessible website, which allegedly includes session replay software, is not deliberately targeted at Massachusetts. *See, e.g.*, ECF No. 33 at 4–7 (citing *Massie v. Gen. Motors Co.*, 2021 WL 2142728, at *4–6 (E.D. Cal. May 26, 2021)). In *Mikulsky*, the court dismissed for lack of personal jurisdiction because the defendant's "broadly accessible" website did not specifically target the forum, and there was no "connection between Defendant's forum related contacts and the harm she allegedly suffered." 2023 WL 4567096, at *7–8. Further, *Mikulsky* noted that the "decision in *Massie* is directly on point." *Id.* at *7.

Dated: July 20, 2023            Respectfully Submitted:

/s/ *Jeffrey Huberman*
Eric Bosset (*pro hac vice*)
ebosset@cov.com
Jeffrey Huberman (BBO #696437)
jhuberman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

George W. Vien (BBO #547411)
gwv@dcglaw.com
DONNELLY, CONROY, & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Matthew Q. Verdin (*pro hac vice*)
mverdin@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant*
*Bloomingdales.com, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

                                                        */s/ Jeffrey Huberman*
                                                        Jeffrey Huberman