UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>vs.<br><br>BLOOMINGDALE'S, INC.,<br><br>                  Defendant. | Case No. 1:22-cv-11944-NMG |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Bloomingdales.com, LLC ("Bloomingdale's") respectfully submits this Notice in support of its pending Motion to Dismiss, *see* ECF Nos. 32, 33 & 35, to bring to this Court's attention an order issued in *Alves v. Goodyear Tire and Rubber Company*, No. 1:22-cv-11820-WGY (D. Mass. July 24, 2023). The order granted a defendant's motion to dismiss similar claims relating to the alleged use of session replay technology on defendant's website for lack of personal jurisdiction, and is attached as Exhibit A.

Bloomingdale's Motion to Dismiss argues that this Court lacks personal jurisdiction over Bloomingdale's because Plaintiff's claims do not arise out of or relate to any of Bloomingdale's contacts in Massachusetts, and because its nationally accessible website, which allegedly includes session replay software, is not deliberately targeted at Massachusetts. *See, e.g.*, ECF No. 33 at 4–7 (citing *Massie v. Gen. Motors Co.*, 2021 WL 2142728, at *4–6 (E.D. Cal. May 26, 2021)). In *Alves*, the court dismissed for lack of personal jurisdiction because the defendant's "broadly accessible" website did not specifically target Massachusetts, and because the dispute arose out of and related to the defendant's "conduct occurring outside of Massachusetts." Ex. A at 12–13.

Further, *Alves* noted that "this case is analogous to *Massie*," finding that the decision was "persuasive" and "conforms with First Circuit jurisprudence." *Id.* at 12, 15.

Dated:  July 25, 2023 	Respectfully Submitted:

/s/ *Jeffrey Huberman*
Eric Bosset (*pro hac vice*)
ebosset@cov.com
Jeffrey Huberman (BBO #696437)
jhuberman@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 778-5906

George W. Vien (BBO #547411)
gwv@dcglaw.com
DONNELLY, CONROY, & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com
Matthew Q. Verdin (*pro hac vice*)
mverdin@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant*
*Bloomingdales.com, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2023, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(c).

                                                  */s/ Jeffrey Huberman*
                                                  Jeffrey Huberman