# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:22-cv-11944-NMG |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **PLAINTIFF'S REQUEST FOR ENTRY OF FINAL JUDGMENT** |
| BLOOMINGDALE'S INC., | ) ) ) | |
| Defendant. | ) ) | |

On August 11, 2023, the Court entered a Memorandum and Order Granting Bloomingdale's, Inc.'s Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction without prejudice ("Dismissal Order"). ECF No. 42. The Dismissal Order provided Plaintiff Scott Rosenthal ("Plaintiff") with 30 days, or until September 10, 2023, to file an amended complaint.

Now, Plaintiff declines his right to file an amended complaint and requests this Court enter an order of final judgment so that appeal can be taken.

Respectfully submitted,

Dated: August 15, 2023

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
Michael J. Laird (Admitted *pro hac vice*)
Rachel K. Tack (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimmreed.com

Joseph P. Guglielmo (BBO #671410)
Carey Alexander
Ethan S. Binder
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Fl.
New York, NY 10169
Telephone: (212) 223-6444
jguglielmo@scott-scott.com
calexander@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Brian C. Gudmundson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2023.

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson