# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SCOTT ROSENTHAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALE'S INC.,<br><br>Defendant. | Case No. 1:22-cv-11944-NMG<br><br>**PLAINTIFF'S<br>NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Plaintiff Scott Rosenthal ("Plaintiff") appeals to the United States Court of Appeals for the First Circuit from this Court's Memorandum and Order granting Bloomingdale's, Inc.'s Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction without prejudice, entered on August 11, 2023 (ECF No. 42). On August 15, 2023, Plaintiff declined his right to file an amended complaint and filed a Request for Entry of Judgment so that appeal may be taken.

Respectfully submitted,

Dated: August 15, 2023

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (Admitted *pro hac vice*)
Michael J. Laird (Admitted *pro hac vice*)
Rachel K. Tack (Admitted *pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.con
rachel.tack@zimmreed.com

                Joseph P. Guglielmo (BBO #671410)
                Carey Alexander
                Ethan S. Binder
                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                The Helmsley Building
                230 Park Avenue, 17th Fl.
                New York, NY 10169
                Telephone: (212) 223-6444
                jguglielmo@scott-scott.com
                calexander@scott-scott.com
                ebinder@scott-scott.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Brian C. Gudmundson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 15, 2023.

                */s/ Brian C. Gudmundson*
                Brian C. Gudmundson