UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Rosenthal v. Bloomingdale's Inc.

District Court Number: 22-cv-11944-NMG

Fee:   Paid?   Yes __X__   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____   No __X__          Sealed documents   Yes ____   No __X__
*If yes, document #* _____            *If yes, document #* _____

*Ex parte* documents   Yes ____   No __X__     Transcripts   Yes ____   No __X__
*If yes, document #* _____            *If yes, document #* _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__   Defendant/Respondent ____   Other: ____

Appeal from:

#42 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#42

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __44__ filed on __August 15, 2023__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __August 16, 2023__.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Haley Currie
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**