# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Scott Rosenthal

*individually and on behalf of all others similarly situated,*

    Plaintiff

    V.

CIVIL ACTION

NO. 22-cv-11944-NMG

Bloomingdale's Inc.

    Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Court's Memorandum and Order dated August 11, 2023 ALLOWING defendant's motion to dismiss it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                  By the Court,

August 16, 2023                                             /s/Caetlin McManus
    Date                                                          Deputy Clerk