UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number: 22-cv-11944-NMG
USCA Docket Number: 23-1683

Scott Rosenthal

v.

Bloomingdale's Inc.

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents  x  electronic documents:

**Main Documents:**

Document Numbers: ECF No. 47 - Order Dismissing Case

**Other Documents:**

Sealed Records:

Document Numbers: ____

*Ex parte* Records:

Document Numbers: ____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 16, 2023.

ROBERT M. FARRELL
Clerk of Court

By: /s/ Haley Currie
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals