# United States Court of Appeals
## For the First Circuit

_____

No. 23-1683

SCOTT ROSENTHAL,

Plaintiff, Appellant,

v.

BLOOMINGDALES.COM, LLC,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: May 9, 2024

     This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the action for want of jurisdiction is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Joseph P. Guglielmo, Carey Alexander, Brian C. Gudmundson, Ethan Samuel Binder, Michael J Laird, Rachel Kristine Tack, Jamisen A. Etzel, George W. Vien, Mark William Mosier, Eric C. Bosset, Emily Henn, Kendall Tappan Burchard, Grace Marie Pyo